COMMONWEALTH of Pennsylvania, Respondent

v.

Alan CLARK, Petitioner

**No. 274 EAL 2016**

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Hubert PEEPLES, Petitioner

**No. 236 EAL 2016**

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony THOMAS, Petitioner

**No. 319 EAL 2016**

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**